UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ISRAEL LINKENBERG,                                  :
                          Plaintiff,                :
                                                    :          **ORDER OF DISMISSAL**
v.                                                  :
                                                    :
                                                    :          22 CV 485 (VB)
JEFFERSON CAPITAL SYSTEMS, LLC,                     :
                          Defendant.                :
-------------------------------------------------------------x

The Court has been advised that the parties have reached a settlement in this case.

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without

prejudice to the right to restore the action to the Court's calendar, provided the application to

restore the action is made by no later than August 15, 2022.  To be clear, any application to

restore the action must be filed by August 15, 2022, and any application to restore the action

filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are

cancelled.  Any pending motions are moot.

The Clerk is instructed to close the case.

Dated: June 14, 2022
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2022